**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PI-NET INTERNATIONAL, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA, N.A. and MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED,<br><br>        Defendants-Counterclaimants. | C.A. No. 12-280-RGA |
| PI-NET INTERNATIONAL INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>JPMORGAN CHASE & CO.,<br><br>        Defendant. | C.A. No. 12-282-RGA |
| PI-NET INTERNATIONAL, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>CITIZENS FINANCIAL GROUP, INC.,<br><br>        Defendant. | C.A. No. 12-355-RGA |

| | |
|---|---|
| PI-NET INTERNATIONAL, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAPITAL ONE FINANCIAL )<br>CORPORATION; ING BANK, FSB; )<br>CAPITAL ONE, NATIONAL )<br>ASSOCIATION; and CAPITAL ONE BANK )<br>(USA), NATIONAL ASSOCIATION, )<br>)<br>Defendants. )<br>) | C.A. No. 12-356-RGA |

## STIPULATED AMENDED DOCUMENT SCHEDULE

It is hereby stipulated by the Plaintiff and the Defendants in the above-captioned cases that, subject to the approval of the Court, the schedule for Plaintiff to substantially complete document production shall be extended for two weeks as stated in the table below.

| **Briefs** | **Original Date** | **Amended Date** |
|---|---|---|
| End of Document Production by Plaintiff | April 26, 2013 | May 10, 2013 |

All other dates and deadlines are unchanged.

              Respectfully submitted,

| | |
|---|---|
| */s/ George Pazuniak* <br> George Pazuniak (ID No. 478) <br> O'KELLY ERNST & BIELLI, LLC <br> 901 N. Market St. Suite 1000 <br> Wilmington, Delaware 19801 <br> Tel.: (302) 478-4230 <br> GP@del-iplaw.com <br><br> *Attorney for Plaintiff Pi-Net International, Inc.* | */s/ David E. Moore* <br> Richard L. Horwitz (ID No. 2246) <br> David E. Moore (ID No. 3983) <br> POTTER ANDERSON & CORROON LLP <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> Wilmington, Delaware 19801 <br> Tel.: (302) 984-6000 <br> rhorwitz@potteranderson.com <br> dmoore@potteranderson.com <br><br> *Attorneys for Defendants Bank of America, N.A.; Merrill Lynch, Pierce, Fenner & Smith Incorporated; and Citizens Financial Group, Inc.* |
| */s/ Matt Neiderman* <br> Matt Neiderman (Del. Bar No. 4018) <br> Benjamin A. Smyth (Del. Bar No. 5528) <br> DUANE MORRIS LLP <br> 222 Delaware Avenue, Suite 1600 <br> Wilmington, DE 19801-1659 <br> Telephone: 302.657.4900 <br> Facsimile: 302.657.4901 <br><br> *Attorneys for Capital One Defendants* | */s/ Robert S. Saunders* <br> Robert S. Saunders (ID No. 3027) <br> SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP <br> One Rodney Square <br> P.O. Box 636 <br> Wilmington, Delaware 19899 <br> Tel: (302) 651-3000 <br> Fax: (302) 651-3001 <br> rob.saunders@skadden.com <br><br> *Attorney for Defendant JPMorgan Chase & Co.* |

It is so ordered this ___ day of _____, 2013

_____
UNITED STATES DISTRICT COURT JUDGE