**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| PI-NET INTERNATIONAL, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 12-280-RGA |
| BANK OF AMERICA, N.A. and MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, | ) ) ) ) | |
| Defendants-Counterclaimants. | ) ) | |
| PI-NET INTERNATIONAL INC., | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 12-282-RGA |
| JPMORGAN CHASE & CO., | ) ) | |
| Defendant. | ) ) | |
| PI-NET INTERNATIONAL, INC., | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 12-355-RGA |
| CITIZENS FINANCIAL GROUP, INC., | ) ) | |
| Defendant. | ) ) | |

|  |  |
|---|---|
| PI-NET INTERNATIONAL, INC.,                )<br>                                                              )<br>                    Plaintiff,                        )<br>                                                              )<br>v.                                                         )<br>                                                              )<br>CAPITAL ONE FINANCIAL               )<br>CORPORATION; ING BANK, FSB;  )<br>CAPITAL ONE, NATIONAL              )<br>ASSOCIATION; and CAPITAL ONE BANK  )<br>(USA), NATIONAL ASSOCIATION,   )<br>                                                              )<br>                    Defendants.                   )<br>                                                              ) | C.A. No. 12-356-RGA |

## NOTICE OF SERVICE

The undersigned hereby certifies that Plaintiff served counsel of record for Defendants with a set of document production on May 10, 2013.

                                                             */s/ George Pazuniak*
                                                            George Pazuniak (#00478)
                                                           O'Kelly Ernst & Bielli, LLC
                                                           901 N. Market St.
                                                           Suite 1000
                                                           Wilmington, DE 19801
                                                           Tel: 301-478-4230
                                                           Facsimile: (302) 295-2873
                                                           GP@del-iplaw.com

                                                           *Attorneys for Plaintiff Pi-Net International, Inc.*