IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PI-NET INTERNATIONAL INC. : | |
| Plaintiff, : | |
| v. : | Civil Action No. 12-355-RGA |
| CITIZENS FINANCIAL GROUP INC. : | |
| Defendant. : | |

ORDER GRANTING STAY

The Motion to Stay (D.I. 66) is **GRANTED** for the reasons set forth in open court on June 21, 2013. The case is **STAYED**. The Defendant shall advise whether the PTAB grants or denies CBM review. If CBM review is granted, the parties should file a joint status report every six months from that date. If CBM review is denied, Plaintiff may, in its discretion, move to lift the stay.

SO ORDERED the 21st day of June 2013.

United States District Judge