IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PI-NET INTERNATIONAL INC., | : |
| Plaintiffs, | : |
| v. | : Civil Action NO. 12-355-RGA |
| CITIZENS FINANCIAL GROUP INC., | : |
| Defendant. | : |

**O R D E R**

WHEREAS, the above-captioned case was stayed on June 21, 2013, due to litigation that is presently pending before the Patent Trial and Appeal Board (the "PTAB");

NOW THEREFORE, IT IS HEREBY ORDERED that, the above-captioned case is **ADMINISTRATIVELY CLOSED**. The parties shall promptly notify the Court when the PTAB litigation has been resolved so that the case may be reopened and other appropriate action may be taken.

June 26, 2013
DATE

UNITED STATES DISTRICT JUDGE